THE LOGANSPORT, CRAWFORDSVILLE AND SOUTH-WESTERN RAILWAY COMPANY *v.* BOWERS.

From the Montgomery Circuit Court.

*R. B. F. Pierce,* for appellant.

PETTIT, J.—This case is in all legal respects the same as the case of *The Logansport, etc., Railway Co.* v. *Byrd, ante,* p. 525; and on the authority of that case this is affirmed, at the costs of the appellant.